[No. 16603-1-III.    Division Three.    April 9, 1998.]

ESTHER CASHMAN, *Appellant*, v. K&L MANUFACTURING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 96-2-00455-1, Larry M. Kristianson, J., entered April 15, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 16630-9-III.    Division Three.    April 9, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. RICHARD LEE HAWLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 97-1-00044-5, Rebecca M. Baker, J., entered May 2, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J.

[No. 36682-3-I.    Division One.    April 9, 1998.]

*In the Matter of the Personal Restraint of* RACHEL R. AISPURO, *Petitioner.*

Appeal from a judgment of the Superior Court for Skagit County, No. 92-1-00484-3, George E. McIntosh, J., entered February 18, 1993. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 20041-4-II.    Division Two.    April 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER M. WESTON-SMART, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-1-01385-1, Daniel J. Berschauer, J., entered October 6, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Hunt, JJ.